The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MUSKEGON

THE PEOPLE OF THE
STATE OF MICHIGAN,

           Plaintiff,      File No. 16-004596-FH

vs.

                          SENTENCE/MOTION

DAVID EUGENE VOELKERT,

           Defendant.

R E C O R D

of the proceedings had in the above-entitled cause on the 30th day of March, 2018, before HONORABLE WILLIAM C. MARIETTI, CIRCUIT JUDGE.

APPEARANCES:

MARY E. FARRELL, J.D. (P43159)
Senior Assistant Prosecuting Attorney
    on behalf of the People;

PAULA MATHES BAKER, J.D. (P49354)
Attorney at Law
    on behalf of the Defendant.

```
 1    okay?
 2                  THE COURT:  I don't care.  If you want --
 3    If you need three weeks or four weeks to hire your
 4    own lawyer, I'll allow you to do that.
 5                  THE DEFENDANT:  And Your Honor, can I ask
 6    you a question?  My teeth, I -- I had an incident in
 7    the jail and my teeth -- it hurts.  I can barely eat
 8    and I need to try to get that fixed and I was told to
 9    go before you to see about getting my -- my teeth
10    fixed.
11                  THE COURT:  Go before me to --
12                  THE DEFENDANT:  Because --
13                  THE COURT:  -- get your teeth fixed?
14                  THE DEFENDANT:  Yeah, because my dentist
15    is already paid for.  It was $12,000 to have it done.
16    It's already paid for, but I have to go have it done.
17    And I was told I had to get permission from you to be
18    able to get that done.
19                  THE COURT:  Well, I mean, if you -- if you
20    want to hire a deputy to accompany you to the
21    dentist's office --
22                  THE DEFENDANT:  So that's what I do?
23                  THE COURT:  -- I'll have no objection to
24    it, as long as a deputy is present --
25                  THE DEFENDANT:  Okay.
```

```
 1              THE COURT:  -- with you at the dentist's
 2    office.  You'll have to pay the deputy, but I'll
 3    allow you to do that.
 4              THE DEFENDANT:  Could my --  Could my --
 5    Could my --  Could my bondsman do that or no?  Could
 6    they transport me?
 7              THE COURT:  No.
 8              THE DEFENDANT:  No?  Okay.  I didn't --  I
 9    don't know.  Thank you, Your Honor.
10              THE COURT:  No.  Has to be a sheriff's
11    deputy.
12              THE DEFENDANT:  How do I find out the cost
13    on that so I can let my people know?
14              THE COURT:  You have to talk to the --
15    probably sergeant or Lieutenant Burns, I presume.
16              THE DEFENDANT:  Okay.  Thank you very
17    much, Your Honor.
18              THE COURT:  Sure.  All right.  So we'll
19    adjourn this to, what, May 14th, is that the day?
20              THE CLERK-BAILIFF:  Correct.  The next
21    sentence date, May 14th.
22              THE COURT:  May 14th at 9:15.  And we will
23    -- that will give you a chance to respond to this
24    memorandum, too.
25              MS. FARRELL:  Yes.  I -- I just have a
```