UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DAVID EUGENE VOELKERT,

   Plaintiff,      Case No. 1:20-cv-185

v.             Honorable Paul L. Maloney

MUSKEGON COUNTY JAIL,

   Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: April 7, 2020      /s/ Paul L. Maloney
             Paul L. Maloney
             United States District Judge